R # 151974

# DIVIDENDS REMITTED TO THE COURT
Check Number 3012 Dated 03/02/11
Case Number 09-21361 - DAVENPORT, WILLIAM M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | 000011 | 181.86 | 4.78 |
| ---------- Remittance Total --------------- | | 181.86 | 4.78 |

Check #3012

_signature_
SHELDON STEIN, BANKRUPTCY TRUSTEE